# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY HAROLD WILSON,<br><br>        Plaintiff,<br><br>  v.<br><br>CAL TERHUNE,<br><br>        Defendants._____/ | CV F 00-6977-AWI-LJO P<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT, STRIKE AMENDED COMPLAINT AND FORWARD FORMS TO PLAINTIFF |

On September 22, 2004, the District Court adopted this Court's Findings and Recommendations that Defendant's Motion to Dismiss for failure to exhaust be granted and the case was dismissed without prejudice to a refiling of the action when exhaustion was complete.

On June 20, 2005, Plaintiff filed an Amended Complaint. However, the Court's most recent Order did not grant Plaintiff permission to file an "Amended Complaint," it terminated this action with the Order of dismissal. The Court's indication that Plaintiff could "re-file" the action means that Plaintiff may file a "new" action, not simply an Amended Complaint in an already closed case. Thus, to the extent Plaintiff wishes to file the same complaint with the now exhausted claims in this Court, he must submit a "COMPLAINT" without reference to the case number above so that the Clerk of Court can open a new case. The Court will not screen the submitted Amended Complaint because the District Court's Order granting dismissal terminated the action in its entirety.

Accordingly, the Clerk of Court HEREBY ORDERS:

1.    The Clerk of Court is DIRECTED to STRIKE the AMENDED COMPLAINT from the record;

2.    The Clerk of Court is DIRECTED to ENTER JUDGMENT;

3.    The Clerk of Court is DIRECTED to send Plaintiff a blank civil rights form and Application to Proceed In Forma Pauperis.

Plaintiff is informed that he is required to file a new complaint without reference to the above case number should he wish to bring his newly exhausted civil rights claims before the Court.

IT IS SO ORDERED.

**Dated:**    **July 29, 2005**        /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES MAGISTRATE JUDGE